No. 424. MEMPHIS NATURAL GAS CO. *v.* McCANLESS, COMMISSIONER OF FINANCE & TAXATION, ET AL. October 14, 1946. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. § 237 (a), Judicial Code, as amended, 28 U. S. C. § 344 (a). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c) of the Judicial Code, as amended, 28 U. S. C. § 344 (c), certiorari is denied. *Edward P. Russell* for appellant. *W. F. Barry, Jr.* for appellees.

No. 220. BAILEY *v.* UNITED STATES. October 14, 1946. *Per Curiam:* The Court having given consideration to the Government's confession of error, the petition for writ of certiorari is granted and the judgment of the Circuit Court of Appeals is reversed. *Theodore Lockyear* and *Paul Wever* for petitioner. *Solicitor General McGrath, W. Marvin Smith, Robert S. Erdahl* and *Andrew F. Oehmann* for the United States.

No. 10, original. UNITED STATES *v.* WYOMING ET AL. October 14, 1946. The report of the Special Master herein is received and ordered filed.